UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RICHARD PEDRO BADILLA MEZA,

    Petitioner,

v.                              Case No. 6:24-cv-00542-JSS-DCI

MONICA DENISSE NUNEZ REYES,

    Respondent.
_____/

**SUPPLEMENTAL RESPONSE TO COURT ORDER FOR STATUS REPORT DUE BY 7-5-2024**

**COMES NOW**, Petitioner, by and through his undersigned counsel, and advises the Court on the status of efforts to ascertain a correct address for service of process of Respondent, as follows:

1. Since the last status report, Petitioner has learned that the U.S. Department of State has some leads to supplement Respondent's address.

2. Efforts are being made to find Respondent via the people she is living with.

Dated, July 5, 2024.

                                      Respectfully submitted,

                                      */s/ Gary S. Israel*
                                      Gary S. Israel, P.A
                                      Attorney for Petitioner
                                      Florida Bar No. 270709

121 S. Orange Ave., Ste 1500
Orlando, Florida 32801
P | 407.210.3834
F | 407.425.1616
attorneyisrael@hotmail.com